

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

No. 08-25-00300-CV

In re Richard Jenkins, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

Relator, Richard Jenkins, filed a petition for writ of mandamus asking this Court to "vacate all orders and any writ of possession" entered by the Justice Court, Precinct 4, of El Paso County, Texas.

An appellate court may issue a writ of mandamus against judges of a district, statutory county, statutory probate, or a county court in the court of appeals district. Tex. Gov't Code Ann. § 22.221(b). Jenkins's petition requests that this Court issue a writ of mandamus against a

justice court—a court over which we lack jurisdiction.[1] Tex. Gov't Code Ann. § 22.221(b)–(c); *see In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at *1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus for want of jurisdiction over a justice of the peace). Accordingly, we dismiss the petition, and all pending motions, for want of jurisdiction.

                                        MARIA SALAS MENDOZA, Chief Justice

October 29, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] Jenkins's petition pleads in the alternative for this Court to issue a conditional writ to compel the County Court at Law to direct the Justice of the Peace to perform ministerial duties. To the extent that Jenkins seeks this alternative relief, we cannot review his claims because his petition does not contain an appendix with any pleadings, orders, or other documents from any court. *See* Tex. R. App. P. 52.3(k)(1)(B) (requiring a certified or sworn copy of any order complained of or any other document showing the matter complained of).